UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80489-CIV-MIDDLEBROOKS/JOHNSON

ANTHONY W. CARRERAS,

 Plaintiff,

v.

MARIA TARRIOS,

 Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER

 This Cause comes before the Court on Plaintiff Anthony W. Carreras's Motion to Dismiss (DE 3), filed May 27, 2008. The Court has reviewed the record and is otherwise fully advised in the premises.

 Plaintiff Carreras, proceeding *pro se*, filed his Complaint on May 8, 2008. On May 14, 2008, the Magistrate Judge ordered Plaintiff to either pay the full filing fee or submit the form application to proceed without payment of fees and affidavit on or before June 4, 2008. On May 27, 2008, Plaintiff filed a document entitled "Motion to Dismiss." In the filing, he states that he files his motion to dismiss and that, because of the nature of the "1 amendment violation (religious freedom) Plaintiff would direct the court in a [sic] abundance of caution to dismiss this case without prejudice."

 Because the opposing party has served neither an answer nor a motion for summary judgment, the Court construes the instant motion as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

 Accordingly, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion [DE 3] is GRANTED, his Notice is AFFIRMED, and this case is DISMISSED WITHOUT PREJUDICE. It is further ORDERED that this case is CLOSED, and all pending motions are thereby DENIED as MOOT.

**DONE AND ORDERED** in Chambers at West Palm Beach, FL, this 30 day of May, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to:   counsel of record
Anthony Carreras, *pro se*