UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80489-CIV-MIDDLEBROOKS/JOHNSON

ANTHONY W. CARRERAS,

    Plaintiff,

v.

MARIA TARRIOS,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon the Report of Magistrate Judge White (DE 4), filed on May 30, 2008. The Report recommends that Plaintiff's motion to voluntarily dismiss this case without [DE 3] prejudice be granted, and cautions the Plaintiff that dismissal of this case may prevent him from filing this claim in the future because of the statute of limitations issue. Accordingly, it is

ORDERED AND ADJUDGED that United States Magistrate Judge White's Report dated May 30 2008, is hereby RATIFIED, ADOPTED and APPROVED in its entirety. It is further ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall CLOSE this CASE. All pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this ___ day of June, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to:    counsel of record
              Anthony Carreras, *pro se*